IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHENDEL, et al<br><br>    Plaintiffs<br><br>    v.<br><br>ACE MORGAGE FUNDING, LLC,<br>et al<br>    Defendants._____/ | CIV. NO. S-11-1411 JAM JFM<br><br><br><br><u>RELATED CASE ORDER</u> |
| SCHENDEL, et al<br><br>    Plaintiffs,<br><br>    v.<br><br>AURORA LOAN SERVICES, LLC,<br>et al<br>    Defendants._____/ | CIV. NO. S-11-2779 KJM DAD |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123, Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge and magistrate judge; no consolidation
4 of the actions is effected.  Under the regular practice of this
5 court, related cases are generally assigned to the judge and
6 magistrate judge to whom the first filed action was assigned.

7    IT IS THEREFORE ORDERED that the action denominated CIV.S-
8 11-2779 KJM DAD be reassigned to Judge John A. Mendez and
9 Magistrate Judge John F. Moulds  for all further proceedings, and
10 any dates currently set in this reassigned case only are hereby
11 VACATED.   Henceforth, the caption on documents filed in the
12 reassigned case shall be shown as CIV.S-11-2779 JAM JFM.

13    The Court orders that the hearing on the plaintiff's motion
14 to remand (#9) shall be **RE-CALENDARED** for hearing on Wednesday,
15 January 25, 2012 at 9:30 a.m. Opposition and reply briefs shall
16 be filed pursuant to Local Rule 230.

17    The Court further orders that defendant's motion to
18 dismiss(#14) shall be **RE-CALENDARED** for hearing on Wednesday,
19 February 8, 2012 at 9:30 a.m.  Opposition and reply briefs shall
20 be filed pursuant to Local Rule 230.

21    IT IS FURTHER ORDERED that the Clerk of the Court make
22 appropriate adjustment in the assignment of civil cases to
23 compensate for this reassignment.

24
25
26 //////

1
2     IT IS SO ORDERED.
3  DATED: December 22, 2011
4
5                                    /s/ John A. Mendez
                                     John A. Mendez
6                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26