**3**

Holly S. Burgess (State Bar No. 104575)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn-Folsom Road, Suite 109
Auburn, CA  95603
(530) 889-8900-Telephone
(530) 392-4641-Direct Dial
(530) 820-1526-Facsimile
hollyburgess@lohsb.com

Natilee S. Riedman (State Bar No. 257871)
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Deborah Cochran (State Bar No. 276767)
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SCHENDEL and CATHERINE SCHENDEL, | ) CASE NO:  2:11-CV-02779-JAM-JFM |
| | ) |
| Plaintiffs; | ) **JOINT STIPULATION TO CONTINUE** |
| | ) **DEFENDANTS MOTION TO DISMISS** |
| vs. | ) **TO 2-22-12** |
| | ) |
| | ) Date:            2-22-12 |
| ACE MORTGAGE FUNDING, LLC; | ) Time: |
| MORTGAGE ELECTRONIC REGISTRATION | ) Courtroom: |
| SYSTEMS, INC. (MERS); CHICAGO TITLE; | ) |
| AURORA LOAN SERVICES, LLC; QUALITY | ) Judge:          Hon. John A. Mendez |
| LOAN SERVICE CORPORATION; LSI TITLE | ) |
| AGENCY, INC.; AND DOES 1-100, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

This Stipulation is entered into by counsel for Plaintiffs Dennis and Catherine Schendel ("Plaintiffs") and counsel for Defendants AURORA LOAN SERVICES, LLC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., QUALITY LOAN SERVICE CORPORATION and LSI TITLE AGENCY, INC. ("Defendants").

WHEREAS, Defendants' Motion to Dismiss is currently set for February 8, 2012;

WHEREAS, Plaintiffs Motion to Remand is currently set to be heard (without oral argument) on or about January 25, 2012;

WHEREAS, counsel for Defendants have agreed to continue their respective Motion(s) to Dismiss to the next law and motion calendar in the above titled court and department, which is February 22, 2012.

**NOW, THEREFORE, Plaintiffs and Defendants desire and hereby STIPULATE as follows:**

1. Defendants' hearing on the Motion(s) to Dismiss in this matter shall be continued to February 22, 2012.

2. Plaintiffs shall have until, and including, February 8, 2012, to oppose the Motions to Dismiss.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Dated: January 20, 2012             **THE LAW OFFICES OF HOLLY S. BURGESS**

By_____ */s/ Holly S. Burgess*_____
HOLLY S. BURGESS, Esq.
Attorney for Plaintiffs, Dennis and Catherine Schendel

Dated: January 20, 2012             **SEVERSON & WERSON**

_____ */s/ Natilee S. Riedman*_____
By: Natilee S. Riedman, Esq.
Attorney for Aurora Loan Services, LLC and Mortgage Electronic Registration Systems, Inc.

Dated: January 20, 2012             **McCARTHY & HOLTHUS**

_____ */s/ Deborah Cochran*_____
By: Deborah Cochran, Esq.
Attorney for Quality Loan Service Corporation and LSI Title Agency, Inc.

**ORDER**

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendants' hearing on the Motion(s) to Dismiss in this matter shall be continued to February 22, 2012.

2. Plaintiffs shall have until, and including, February 8, 2012, to oppose the Motions to Dismiss.

**IT IS SO ORDERED.**

Dated:    1/20/2012             /s/ John A. Mendez_____
JOHN A. MENDEZ, JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

3

PDF created with pdfFactory trial version www.pdffactory.com