**McCARTHY & HOLTHUS, LLP**
James Hester, Esq. (SBN: 122133)
Andrew E. Hall, Esq. (SBN: 257547)
Deborah Cochran, Esq. (SBN: 276767)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:   (619) 685-4800
Facsimile:   (619) 685-4811
Email:       dcochran@McCarthyHolthus.com

Attorneys for Defendants,
Quality Loan Service Corporation and LSI Title Agency, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SCHENDEL, an individual; and CATHERINE SCHENDEL, an individual;<br><br>                              Plaintiffs,<br>v.<br>ACE MORTGAGE FUNDING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); CHICAGO TITLE; AURORA LOAN SERVICES, LLC; QUALITY LOAN SERVICE CORPORATION; LSI TITLE AGENCY, INC.; and DOES 1-100,<br><br>                              Defendants. | Case No.: 11-CV-02779-KJM-DAD<br><br>**ORDER GRANTING MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>Date:   February 22, 2012<br>Time:   9:30 a.m.<br>Crtm:   6<br>Judge:  Hon. John A. Mendez |

Defendants, Quality Loan Service Corporation and LSI Title Agency, Inc.'s (hereinafter collectively referred to as "DEFENDANTS") Motion to Dismiss the Complaint filed by Plaintiffs, Dennis Schendel and Catherine Schendel (hereinafter referred to as "PLAINTIFFS") came before this Court at the above-captioned date, time, and courtroom.  After review of the pleadings and records on file herein, good cause appearing, the COURT ORDERS AS FOLLOWS:

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY ORDERED that DEFENDANTS' Motion to Dismiss PLAINTIFF's Complaint pursuant to Rule 12(b)(6) is granted.

    IT IS HERE BY FURTHER ORDERED that the above-entitled action be, and it hereby is, dismissed with prejudice.

    IT IS HEREBY FURTHER ORDERED that Judgment be entered in favor of DEFENDANTS and that all future hearing dates pertaining to DEFENDANTS are vacated.

    IT IS SO ORDERED.

Dated:  3/5/2012                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                     U. S. DISTRICT COURT JUDGE

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA  92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

PDF created with pdfFactory trial version www.pdffactory.com

**McCARTHY & HOLTHUS, LLP**
James Hester, Esq. (SBN: 122133)
Andrew E. Hall, Esq. (SBN: 257547)
Deborah Cochran, Esq. (SBN: 276767)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:   (619) 685-4800
Facsimile:    (619) 685-4811
Email:         dcochran@McCarthyHolthus.com

Attorneys for Defendants,
Quality Loan Service Corporation and LSI Title Agency, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SCHENDEL, an individual; and CATHERINE SCHENDEL, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ACE MORTGAGE FUNDING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); CHICAGO TITLE; AURORA LOAN SERVICES, LLC; QUALITY LOAN SERVICE CORPORATION; LSI TITLE AGENCY, INC.; and DOES 1-100,<br><br>Defendants. | Case No.: 11-CV-02779-KJM-DAD<br><br>**PROOF OF SERVICE** |

## **DECLARATION OF SERVICE**

I, Brenda Martin, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 1770 Fourth Avenue, San Diego, California 92101.

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served

1
**PROOF OF SERVICE**

PDF created with pdfFactory trial version www.pdffactory.com

by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally are delivered the same day.

On March 5, 2012, I served the following document(s):

- **[*PROPOSED*] ORDER GRANTING MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

| | |
|---|---|
| Holly S. Burgess<br>Law Offices of Holly S. Burgess<br>680 Auburn Folsom Road, Suite 109<br>Auburn, CA 95661<br>[*Attorney for Plaintiffs*] | Sunny S. Huo<br>Severson & Friedman<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>[*Attorney for Defendant, Aurora Loan Services LLC and MERS*] |

in the following manner of service (check appropriate):

**XX** **BY ELECTRONIC FILING:** The documents were filed electronically via this court's CM/ECF system. Accordingly, service was made virtue of Notice of Electronic Filing ("NEF") generated automatically upon the filing of the document and transmitted to the email address of all counsel of record who have contested electronic service. By the terms of the court's rules governing electronic filing, service of the documents is deemed complete upon the transmission of the NEF.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on March 5, 2012 at San Diego, California.

By: _____
Brenda Martin

PDF created with pdfFactory trial version www.pdffactory.com