SUNNY S. HUO (State Bar No. 181071)
NATILEE S. RIEDMAN (State Bar No. 257871)
nsr@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439s

Attorneys for Defendants
AURORA LOAN SERVICES, LLC and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DENNIS SCHENDEL, an individual; and CATHERINE SCHENDEL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ACE MORTGAGE FUNDING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); CHICAGO TITLE; AURORA LOAN SERVICES, LLC; QUALITY LOAN SERVICE CORPORATION; LSI TITLE AGENCY, INC.; and DOES 1-100,<br><br>Defendants. | Case No.: 2:11-cv-02779-JAM-JFM<br><br>**ORDER GRANTING THE MOTION TO DISMISS BY DEFENDANTS AURORA LOAN SERVICES, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. WITH PREJUDICE**<br><br>Hearing Date: February 22, 2012<br>Time: 9:30 a.m.<br>Courtroom: 6<br>Judge: Hon. John. A. Mendez<br><br>Complaint Date: October 5, 2011<br>Trial Date: None Set |

The motion to dismissed and request for judicial notice filed on November 16, 2011 by defendants Aurora Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. ("Defendants") (docket entry number 14) came for hearing before honorable John A. Mendez on February 22, 2012.  All appearances are noted on the record.  The Court, having read and considered the moving, opposition and reply papers and the oral argument of the parties, orders as follows:

**IT IS HEREBY ORDERED THAT** the request for judicial notice by the Defendants is granted.  The motion to dismiss by the Defendants is granted in its entirety, due to Plaintiffs'

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1 | failure to allege facts sufficient to state a claim and for the reasons further noted on the record.
2 | The motion to dismiss is granted with prejudice, due to futility of amendment and for the reasons
3 | further noted on the record.  Defendants are hereby dismissed from this action with prejudice and
4 | judgment shall be entered in favor of Defendants.

**IT IS SO ORDERED.**

DATED:  3/7/2012

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com